AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Richard C. Beavers
xxxx xx<sup>xx</sup> xxxxxxx xx
xxxx
Washington, D.C.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I _____Paul J. Moloney_____ being duly sworn depose and say:

I am a(n) ___Special Agent with the Drug Enforcement Administration___ and have reason to believe
                (Official Title)
that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)
xxxx xx<sup>xx</sup> xxxxxxx xxx xxxx, Washington, D.C., apartment located on the third floor of a multi-unit building know as "xxx xxxx xxxxxx."  The front entrance of the building is clearly marked "xxxx xxxx xxxxxx" displayed on a beige colored awning over the front doors.  The front door of apartment xxx is greenish-gray in color and the numerals "xxx" are clearly displayed in white numerals on a dark brown plastic plate affixed to the top center of the door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

As more fully described in Attachment A

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)


concerning a violation of Title _21_ United States Code, Section(s) _§841 (a) (1); (ii) and 843(b)_ .  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Martin Carpenter
Organized Crime & narcotics Trafficking Section
(202) 514-7063

Signature of Affiant
Paul J. Moloney, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

_____   at Washington, D.C.
Date

_____   _____
Name and Title of Judicial Officer    Signature of Judicial Officer