AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Richard C. Beavers
2440 16th Street, NW
#302
Washington, D.C.

## SEARCH WARRANT

CASE NUMBER: 05 - 0 4 8 3 M - 0 1

TO: __Paul J. Moloney__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Paul J. Moloney_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)
2440 16th Street, NW, #302, Washington, D.C., apartment located on the third floor of a multi-unit building know as "The Park Towers." The front entrance of the building is clearly marked "2440 Park Towers" displayed on a beige colored awning over the front doors. The front door of apartment 302 is greenish-gray in color and the numerals "302" are clearly displayed in white numerals on a dark brown plastic plate affixed to the top center of the door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)
As more fully described in Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____0 2 SEP 2005_____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 3 1 2005   11 3⁵/AM.                    at Washington, D.C.

Date and Time Issued
**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer                    Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| Aug 31, 2005 | Aug 31, 2005 4:30 p.m. | At location |

INVENTORY MADE IN THE PRESENCE OF   Special Agent Carl Shirer

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

One Apple I-Book Computer (no serial number visible)
One set of Apple I-Book peripherals
One HP laptop computer (serial number X10-60264) and peripherals
One Digital scale in box
One wall safe, with digital pad, containing paraphernalia, US Currency, Controlled
    Substances
Misc documents including US passports, driver license, two address books
One grinder containing white colored powder
One zip-lock baggie containing white colored powder

FILED

SEP 0 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

09/06/05
Date